IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROSALIND MICKLES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION No. 07-00565-CB-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 24, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 26th day of August, 2008.

s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**